**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CYNTHIA PETERSON,**

    **Plaintiff,**

**v.**          **Case No.: 8:16-cv-00270-VMC-TGW**

**NATIONSTAR MORTGAGE, LLC,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on May 9, 2016. Plaintiff and her trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done May 9, 2016 in Tampa, Florida.

    Respectfully submitted,

    <u>/s/ Peter J. Grilli</u>
    Peter J. Grilli, Esq.
    Florida Bar No. 237851
    Mediator
    3001 West Azeele Street
    Tampa, Florida 33609
    813.874.1002   Fax: 813.874.1131
    email: peter@grillimediation.com

I HEREBY CERTIFY that May 9, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

    <u>/s/ Peter J. Grilli</u>
    Peter J. Grilli, Esq.