**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CYNTHIA PETERSON,**

    **Plaintiff,**

**v.**                                             **Case No.: 8:16-cv-00270-VMC-TGW**

**NATIONSTAR MORTGAGE, LLC,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on May 9, 2016. Plaintiff and her trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

The case has been completely settled.

Done May 9, 2016 in Tampa, Florida.

                                      Respectfully submitted,

                                      /s/ Peter J. Grilli
                                      Peter J. Grilli, Esq.
                                      Florida Bar No. 237851
                                      Mediator
                                      3001 West Azeele Street
                                      Tampa, Florida 33609
                                      813.874.1002    Fax: 813.874.1131
                                      email: peter@grillimediation.com

I HEREBY CERTIFY that May 9, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                      /s/ Peter J. Grilli
                                      Peter J. Grilli, Esq.